## United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

EFRAIN OROZCO-ESPINOSA
a/k/a CRISTINO GUERRERO-OROZCO
a/k/a JOSE MANUEL CASTANAN HERNANDEZ
a/k/a MARIO PEREZ ESPARZA
a/k/a JOHN DOE et. al

Venue: San Francisco

CRIMINAL COMPLAINT

CASE NUMBER:

3 08 70573 JCS

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>August 26, 2008</u> in <u>San Francisco,</u> in the <u>Northern</u> District of California the defendant,

EFRAIN OROZCO-ESPINOSA, a/k/a CRISTINO GUERRERO-OROZCO; a/k/a JOSE MANUEL CASTANAN HERNANDEZ; a/k/a MARIO PEREZ ESPARZA; a/k/a JOHN DOE et. al., an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title <u>8</u> United States Code, Section(s) <u>1326</u>.

I further state that I am a <u>Deportation Officer</u> and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT**

**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
Bail Amount: **NO BAIL**

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/28/08 _____ at _____San Francisco, California_____
Date                                              City and State

**Honorable Joseph C. Spero**
**United States Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

I, Mario E. Huelga, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

### I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.  This affidavit is submitted in support of a criminal complaint against EFRAIN OROZCO-ESPINOSA, a/k/a CRISTINO GUERRERO-OROZCO; a/k/a JOSE MANUEL CASTANAN HERNANDEZ; a/k/a MARIO PEREZ ESPARZA; a/k/a JOHN DOE et al., for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of OROZCO-ESPINOSA'S official Immigration file (No. A70 022 373), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all of the facts related to OROZCO-ESPINOSA that I know.

### II. AGENT'S BACKGROUND AND EXPERTISE

2.  I have been a Deportation officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately three (3) years. Prior to that I was an Immigration Enforcement Agent with the U..S. Department of Homeland Security, Immigration and Customs Enforcement, formerly the United States Department of Justice, Immigration and Naturalization Service with the Office of Investigations for approximately four (4) years. I am currently assigned to ICE's Violent Criminal Alien Section, San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

### III. APPLICABLE LAW

3.  Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4. EFRAIN OROZCO-ESPINOSA, a/k/a CRISTINO GUERRERO-OROZCO; a/k/a JOSE MANUEL CASTANAN HERNANDEZ; a/k/a MARIO PEREZ ESPARZA; a/k/a JOHN DOE et. Al, is a forty-two (42) year-old male who is a native and citizen of Mexico. OROZCO-ESPINOSA was deported from the United States to Mexico on July 14, 1994; on June 8, 1995; and on November 5, 2002.

5. Prior to his most recent deportation, OROZCO-ESPINOZA was convicted of several felonies, including possession for sale of a controlled substance in violation of California Health and Safety Code section 11351 on March 29, 1990; possession of a controlled substance in violation of California Health and Safety Code section 11350(a) on January 4, 2001 and again on June 25, 1999; and illegal re-entry of an alien in violation of Title 8, United States Code, section 1326 on June 28, 1999.

6. OROZCO-ESPINOZA'S conviction for violation of California Health and Safety Code section 11351 on March 29, 1990 is an aggravated felony conviction within the meaning of 8 U.S.C. § 1326.

7. OROZCO-ESPINOSA last entered the United States illegally on November 6, 2002, by voluntarily crossing into Texas through the international border with Mexico by foot. OROZCO-ESPINOSA knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

8. The official Immigration file for OROZCO-ESPINOSA contains three (3) executed Warrants of Removal. The Warrants of Removal are dated July 14, 1994; June 8, 1995; and November 5, 2002.

9. On or about August 26, 2008, an Immigration and Customs Enforcement (ICE) agent encountered OROZCO-ESPINOSA pursuant to his release from Napa County Jail in Napa, California, on unrelated charges.

10. On August 26, 2008, Marshall Matson of ICE interviewed OROZCO-ESPINOSA at the ICE San Francisco District Office located in San Francisco, California. After OROZCO-ESPINOSA was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was EFRAIN OROZCO-ESPINOSA, a/k/a CRISTINO GUERRERO-OROZCO; a/ka JOSE MANUEL CASTANAN HERNANDEZ; a/k/a MARIO PEREZ ESPARZA; a/k/a JOHN DOE, et. al., admitted that he was a citizen and national of Mexico, and admitted that he had been previously deported from the United States. He also admitted that he illegally reentered the United States on November 6, 2002.

11. On August 26, 2008, at the ICE San Francisco District Office, OROZCO-ESPINOSA'S fingerprints and photos were submitted into the Auto Biometric Identification System (IDENT). IDENT information confirmed OROZCO-ESPINOSA'S identity under Fingerprint Identification Number (FINS) 69548.

12. There is no indication in ICE's official files that OROZCO-ESPINOSA has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

13. On the basis of the above information, I submit that probable cause exists to believe that EFRAIN OROZCO-ESPINOSA, a/k/a CRISTINO GUERRERO-OROZCO; a/k/a JOSE MANUEL CASTANAN HERNANDEZ; a/k/a MARIO PEREZ ESPARZA; a/k/a JOHN DOE et. al., illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

Mario E. Huelga
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this _____ day of August, 2008.

The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California
San Francisco, California

-3-